

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00147-CV

| | | |
|---|---|---|
| Columbia Medical Center of Arlington Subsidiary L.P. aka/dba Medical Center of Arlington | § | From the 96th District Court |
| | § | of Tarrant County (096-284523-16) |
| v. | § | March 1, 2018 |
| L.M. | § | Opinion by Justice Bleil |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Columbia Medical Center of Arlington Subsidiary L.P. aka/dba Medical Center of Arlington shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Charles Bleil_____
    Justice Charles Bleil